**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| CITIBANK, F.S.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:04-CV-497 PS |
| | ) | |
| MARK S. WEINBERGER, *et al* | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Amended Report and Recommendation of Magistrate Judge Andrew Rodovich entered on June 9, 2005.  [Doc. 83].  No party has filed an objection to Magistrate Judge Rodovich's Amended Report and Recommendation.  The Court having reviewed the Amended Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Amended Report and Recommendation in its entirety.  Accordingly, Plaintiff's Motion for Default Against Certain Defendants [Doc. 71] is hereby **GRANTED.**  Magistrate Judge Rodovich's Amended Report & Recommendation is hereby adopted in its entirety and fully incorporated into this order.

    **SO ORDERED.**

    ENTERED: June 10, 2005

                                                    s/ Philip P. Simon
                                                    Philip P. Simon, Judge
                                                    United States District Court