UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CITIBANK, F.S.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:04-CV-497  PS |
| | ) | |
| MARK S. WEINBERGER, *et al* | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED ORDER**

This matter is before the Court on the Amended Report and Recommendation of Magistrate Judge Andrew Rodovich entered on June 9, 2005.  [Doc. 83].  No party has filed an objection to Magistrate Judge Rodovich's Amended Report and Recommendation.  The Court having reviewed the Amended Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Amended Report and Recommendation in its entirety.  Accordingly, Plaintiff's Motions for Default Against Certain Defendants [Docs. 28, 71] is hereby **GRANTED.**  Magistrate Judge Rodovich's Amended Report & Recommendation is hereby adopted in its entirety and fully incorporated into this order.

**SO ORDERED.**

ENTERED: June 10, 2005

s/ Philip P. Simon
Philip P. Simon, Judge
United States District Court