```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF INDIANA
                       HAMMOND DIVISION

CITIBANK, F.S.B.,                   )
       Plaintiff,                   )
       v.                           )
                                    )   Cause No.  2:04-CV-497
MARK S. WEINBERGER, et. al.,        )
       Defendants.                  )
*******************************     )
UNITED STATES OF AMERICA,           )
       Cross and Counter            )
       Plaintiff,                   )
                                    )
       vs.                          )
                                    )
CITIBANK, F.S.B.,                   )
       Counter-Defendant,           )
    and                             )
MARK S. WEINBERGER, et, al.         )
       Cross-Defendants.            )
```

                          OPINION and ORDER

This matter is before the court on the Receiver's Second Interim Report filed by the Receiver, Robert Handler, on July 20, 2005, the Motion to Supplement Receiver's Report on Auction Sales filed by Handler, on July 20, 2005, and the Receiver's Supplemental Report on Auction Sales filed by Handler on July 20, 2005. These filings indicate a dispute among the parties regarding the payment of certain real estate taxes in proposed Real Estate Sales Agreements.  The Supplemental Report seeks a hearing on this issue, but no party has filed a motion requesting certain relief nor briefed the issue for the Court.  Accordingly, the court **ORDERS** any party seeking to challenge or affirm the Real Estate Sales Agreements proposed by the Receiver to brief the matter by Friday, August 5, 2005. A hearing may be set at the court's discretion after that date.

ENTERED this 28 July, 2005

                                        s/ ANDREW P. RODOVICH
                                           United States Magistrate Judge