**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

CITIBANK, F.S.B.,                                )
                                                 )
                    Plaintiff,                   )
                                                 )
        v.                                       )        NO. 2:04-CV-497  PS
                                                 )
MARK S. WEINBERGER, *et al*                      )
                                                 )
                    Defendant.                   )

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Paul Cherry entered on March 31, 2006.  [Doc. 216].  Magistrate Judge Cherry entered his Report and Recommendation after conducting a hearing on March 30, 2006 at which the Court reviewed the Receiver's final report as well as associated motions. [Doc. 214].

On March 31, 2006, this Court provisionally approved certain portions of the Report and Recommendation, reserved approval on the remaining portions, and reminded the parties that they had 10 days in which to file any objections to the Report and Recommendation.  As of the date of this order, no party has objected to the Report and Recommendation.

The Court having reviewed the Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety and all recommendations set for the in the Report and Recommendation are hereby incorporated into this order.

**SO ORDERED.**

ENTERED: April 25, 2006

                                    s/ Philip P. Simon
                                    PHILIP P. SIMON, JUDGE
                                    UNITED STATES DISTRICT COURT